UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| JORDAN GANTLIN, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DANTE GHI IN HIS INDIVIDUAL )<br>CAPACITY; DEBORAH COLE IN HER )<br>INDIVIDUAL CAPACITY AND AS AN )<br>EMPLOYEE OF NORTHWOODS MALL )<br>CMBS, LLC D/B/A NORTHWOODS )<br>MALL; NORTHWOODS MALL CMBS, )<br>LLC D/B/A NORTHWOODS MALL; CBL )<br>& ASSOCIATES MANAGEMENT, INC.; )<br>AND ERMC, II, LP )<br>)<br>Defendants. ) | C/A NO. 2:18-CV-02063-DCN-TER<br><br><br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE**<br>**(ending case)** |

Plaintiff and Defendants Deborah Cole In Her Individual Capacity And As An Employee Of Northwoods Mall CMBS, LLC d/b/a Northwoods Mall; Northwoods Mall CMBS, LLC d/b/a Northwoods Mall; CBL & Associates Management, Inc., and ERMC II, LP (*i.e.*, all remaining active defendants), by and through their undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal with prejudice of all remaining claims in this action, with each party bearing its own costs and fees.

SO STIPULATED this 8th day of January, 2020.

[*Signature Page to Follow*]

Stipulation of Dismissal With Prejudice
C.A. No.: 2:18-CV-02063-DCN-TER

WE SO STIPULATE:

*s/ H. Cooper Wilson, III*
W. Mullins McLeod, Jr., No. 7142
H. Cooper Wilson, III, No. 10107
Michael Thomas Cooper, No. 12198
McLeod Law Group
P.O. Box 21624
Charleston, SC 29413
Phone: (843) 277-6655

- AND -

Andrew J. Savage, III, Esq
Savage Law Firm
15 Prioleau Street
Charleston, SC 29401
Phone: (843) 720-7470

*Attorneys for the Plaintiff*

WE SO STIPULATE:

*s/ J. Alexander Joyner*
Michael B.T. Wilkes, No. 4658
J. Alexander Joyner, Esq., No. 12046
Wilkes Law Firm, P.A.
200 Meeting Street, Suite 205
Charleston, SC 29401
Phone: (843) 737-6229

- AND -

C. Daniel Atkinson, No. 9626
Wilkes Law Firm, P.A.
127 Dunbar St., Suite 200
Spartanburg, SC 29306
Phone: (864) 591-1113

*Attorneys for Defendants Deborah Cole, in her individual capacity and as an employee of Northwoods Mall, CMBS, LLC d/b/a Northwoods Mall; Northwoods Mall, CMBS, LLC d/b/a Northwoods Mall; CBL & Associates Management, Inc.; and ERMC, II, LP*